| | |
|---|---|
| 1 | MARC V. KALAGIAN |
| | ATTORNEY AT LAW:  149034 |
| 2 | ROHLFING & KALAGIAN, LLP |
| | 211 EAST OCEAN BLVD., SUITE 420 |
| 3 | LONG BEACH, CA 90802 |
| | 562/437-7006 |
| 4 | FAX:  562/432-2935 |
| | Email:  marckalagian_rohlfinglaw@hotmail.com |
| 5 | ATTORNEYS FOR PLAINTIFF |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ARLEEN STACH, | ) Case No.: CV 08-3218 FFM |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND TWO HUNDRED DOLLARS ($2,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:  July 12, 2010

/S/ FREDERICK F. MUMM

_____
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-